IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| DONALD LEAGUE, | ) |
| Plaintiff, | ) |
| | ) NO. 2 08 0086 |
| v. | ) |
| | ) Judge Echols |
| UPPER CUMBERLAND ELECTRIC | ) Magistrate Griffin |
| MEMBERSHIP CORPORATION, | ) |
| Defendant. | ) JURY DEMAND |

## STIPULATION OF VOLUNTARY DISMISSAL

As evidenced by the signatures of counsel below, the parties hereby stipulate to the dismissal of this cause of action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. The parties further represent to the Court that this is the first dismissal of this cause of action. It is expressly understood and agreed by the parties hereto that by entering into this stipulation, the Defendant does not waive or forfeit any applicable defenses, and the parties agree that all applicable defenses are preserved. Accordingly, it is hereby

**ORDERED** that all claims of the Plaintiff against the Defendant in the above-captioned cause are dismissed without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and that all applicable defenses are hereby preserved by the Defendant.

ENTER this 9th day of June, 2009.

_____
Honorable Robert L. Echols
United States District Court Judge

APPROVED FOR ENTRY:


s/James G. Stranch, III_____
James G. Stranch, III, Esq.
B. Denard Mickens, Esq.
Branstetter, Stranch & Jennings, PLLC
227 Second Avenue North
Nashville, TN  37201
*Attorneys for Plaintiff*


s/James K. Simms, IV_____
Daniel P. Berexa (BPR 15158)
James K. Simms, IV (BPR 21688)
CORNELIUS & COLLINS, LLP
Suite 1500, Nashville City Center
511 Union Street
P. O. Box 190695
Nashville, Tennessee  37219
(615) 244-1440
*Attorneys for Defendant*